**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>v.<br><br>JOHN ANDRAOS, et al.<br><br>Plaintiff<br><br>Defendants. | CASE NUMBER<br><br>**CV 07-05732 SJO (FMOx)**<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of _____Christopher A. Lisy_____,
*Applicant's Name*

of  Skadden, Arps, Slate, Meagher & Flom LLP, One Beacon Street, Boston, MA 02108
*Firm Name / Address*

_____(617) 573-4800_____          _____christopher.lisy@skadden.com_____
*Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff   ☐ Defendant

The Guardian Life Insurance Company of America

and the designation of _____Lance A. Etcheverry/199916_____
*Local Counsel Designee /State Bar Number*

of  Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071
*Local Counsel Firm / Address*

_____(213) 687-5000_____          _____lance.etcheverry@skadden.com_____
*Telephone Number*                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

*S. James Otero* (signature)

Dated _____3/26/09_____

U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08)   **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**