# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

Plaintiff

v.

JOHN ANDRAOS, et al.

Defendants.

CASE NUMBER

**CV07-05732 SJO (FMOx)**

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of **James R. Carroll**, *Applicant's Name*

of Skadden, Arps, Slate, Meagher & Flom LLP, One Beacon Street, Boston, MA 02108
*Firm Name / Address*

*(617) 573-4800* — *Telephone Number*
*james.carroll@skadden.com* — *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant

The Guardian Life Insurance Company of America

and the designation of Lance A. Etcheverry/199916
*Local Counsel Designee /State Bar Number*

of Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071
*Local Counsel Firm / Address*

(213) 687-5000 — *Telephone Number*
lance.etcheverry@skadden.com — *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

*/s/ S. James Otero/*

Dated March 26, 2009

U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08) **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**